IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 10-229 |
| JEAN A. SERAPHIN | |

O R D E R

AND NOW, to wit, this __25th__ day of November, 2013, the within motion is Granted. It is hereby ORDERED that the Original Indictment filed at Criminal No. 10-229 be dismissed only as against Defendant Jean A. Seraphin.

*Maurice B. Cohill Jr.*
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services