IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Crim. No. 10-229(4) |
| JEAN A. SERAPHIN, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 10th day of December, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's *pro se* Post Sentencing Motion to Dismiss is DENIED based upon this Court's lack of jurisdiction over the matter as this case is now on appeal to the United States Court of Appeals for the Third Circuit.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Jean Seraphin
counsel of record